UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SCOTT WALKER,

        Defendant.

ORDER

Case No.  20-MJ-4168

      The motion for an adjournment is granted.  (Docket #    ).  The status conference shall be adjourned until  March 10, 2021, at  10:30 am. The conference shall be held by phone.

      At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                            *Marian W. Payson*
                                          MARIAN W. PAYSON
                                         United States Magistrate Judge

Dated: Rochester, New York
       January 11, 2021